UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE COURTHOUSE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL STEPHEN KYLE,<br><br>Defendant. | Case No.:  5:25-CR-00219-001-SVK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL KYLE'S UNOPPOSED MOTION FOR EARLY TERMINATION OF PROBATION** |

Pursuant to 18 U.S.C. §3564(c) and for the reasons set forth in the defendant's unopposed motion for early termination of probation which is supported by the United States Probation Office, the Court hereby terminates, effective immediately, the term of probation imposed on September 9, 2025.

**IT IS SO ORDERED.**

Dated: June _3_, 2026

_____
**Susan Van Keulen**
**Magistrate Judge**